# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUSAN E. LAWRENCE, M.D., ESQ., <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:23-cv-06126-SVW-SSC <br><br> [Hon. Stephen V. Wilson] <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: August 23, 2023     By: /s/ Stephen V. Wilson
                              Honorable Stephen V. Wilson
                              United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4872-6101-2602 v1

1

Case No. 2:23-cv-06126-SVW-SSC
[PROPOSED] ORDER GRANTING
STIPULATION FOR DISMISSAL